# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

January 27, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 05-00391HG |
| CASE NAME: | U.S.A. vs. (01) DANIELA SOLEDAD LOPEZ-MEZA |
| ATTYS FOR PLA: | Mark A. Inciong |
| ATTYS FOR DEFT: | Daniel T. Pagliarini |
| INTERPRETER: | Miguel Saibene |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | January 27, 2006 | TIME: | 10:00 - 10:30 |

COURT ACTION:  DEFENDANT (01) DANIELA SOLEDAD LOPEZ-MEZA'S MOTION TO CONTINUE SENTENCING -

**DEFENDANT'S ORAL MOTION TO SEAL HEARING IS GRANTED.**

**SEALED HEARING**

The defendant is present in custody.

Arguments held.

Defendant's Motion to Continue Sentencing is GRANTED.

The Sentencing is continued from February 9, 2006 to March 10, 2006 @ 2:00 pm.

Submitted by: David H. Hisashima, Courtroom Manager