# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

March 10, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 05-00391HG |
| CASE NAME: | U.S.A. vs. (01) DANIELA SOLEDAD LOPEZ-MEZA |
| ATTYS FOR PLA: | Mark A. Inciong |
| ATTYS FOR DEFT: | Daniel T. Pagliarini |
| INTERPRETER: | Miguel Saibene |
| U.S.P.O.: | Rosanne T. Donohoe |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | March 10, 2006 | TIME: | 2:00 - 2:45 |

COURT ACTION:  SENTENCING TO COUNT 1 OF THE FELONY INFORMATION AS TO (01) DANIELA SOLEDAD LOPEZ-MEZA - GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE -

The defendant is present in custody.
The Memorandum of Plea Agreement is accepted.
The Court finds that the defendant qualifies for the "safety valve" provision as set forth in 18 U.S.C. Section 3553(f)(1)thru(5).
The Government's Motion for Downward Departure is GRANTED.
Allocution by the defendant.

ADJUDGED: Impr of 51 mos.

SUPERVISED RELEASE: 5 yrs upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant submit to removal proceedings, including deportation or exclusion as required by the Department of Homeland Security. The defendant shall not enter the United States without proper authorization.

Special assessment: $100.
Advised of rights to appeal the sentence.
RECOMMENDATIONS: FPC Dublin, CA. That the defendant participate in drug treatment, educational, and vocational training programs.

Submitted by: David H. Hisashima, Courtroom Manager